IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PENNYMAC MORTGAGE COMPANY, LLC, <br><br>    Plaintiff, <br><br>v. <br><br>ROBERT GINN, ASHLEY GINN, PORTFOLIO RECOVERY ASSOCIATES, LLC, AND UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, <br><br>    Defendants. | Civ. No. 2:25-cv-02377-SHL-atc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff PennyMac Mortgage Company, LLC's Complaint (ECF No. 1), filed April 1, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, filed August 19, 2025 (ECF No. 11), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims made by Plaintiff against all Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 20, 2025
Date